**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 18-1998**

_____

ERIC ALAN SANDERS,

          Plaintiff - Appellant,

          v.

WAL-MART STORES EAST, L.P.,

          Defendant - Appellee.

_____

Appeal from the United States District Court for the District of South Carolina, at Aiken. J. Michelle Childs, District Judge.  (1:14-cv-03509-JMC)

_____

Submitted:  December 18, 2018                     Decided:  December 20, 2018

_____

Before AGEE, THACKER, and HARRIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Eric Alan Sanders, Appellant Pro Se.  Cheryl L. Behymer, Nicole P. Cantey, FISHER & PHILLIPS, LLP, Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Sanders appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Sanders v. Wal-Mart Stores East, L.P.*, No. 1:14-cv-03509-JMC (D.S.C. Aug. 2, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*